UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSHUA MCCARTHY,<br><br>  Plaintiff,<br><br>v.<br><br>STRATEGIC STUDENT SOLUTIONS, LLC,<br><br>  Defendant. | Case No. 1:16-cv-07543<br><br>Honorable Judge Sara L. Ellis |

**MOTION FOR DEFAULT JUDGMENT**

NOW COMES the Plaintiff, JOSHUA MCCARTHY ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., submitting this Motion for Default Judgment in favor of Plaintiff and against STRATEGIC STUDENT SOLUTIONS, LLC ("Defendant") pursuant to Fed. R. Civ. P. 55(b)(2), and in support thereof, stating as follows:

1. Plaintiff brought this lawsuit against Defendant for damages stemming from Defendant's violations of the Telephone Consumer Protection Act ("TCPA") pursuant to 47 U.S.C. §227 and violations of the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA") pursuant to 815 ILCS 505/1.

2. On August 16, 2016, Defendant was served with a copy of the summons and complaint through its registered agent at 14789 Palmetto Park Road, Suite 350, Boca Raton, FL 33486. [Dkt. 7]

3. Defendant's answer to Plaintiff's complaint was due on or before September 12, 2016. [*Id.*]

4. Defendant has failed to appear or answer the complaint.

1

5.	The complaint alleges that Defendant placed no less than 20 calls to Plaintiff's cellular phone, without his consent, using an automatic telephone dialing system, in violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. §227(b)(1)(A)(iii).

6.	All factual allegations in Plaintiff's complaint are deemed admitted by virtue of Defendant's failure to submit an answer or other pleading denying the factual allegations in the complaint. Fed. R. Civ. P. 8(b)(6).

7.	Plaintiff is entitled to statutory damages of $500 per violating phone call pursuant to the TCPA, 47 U.S.C. §227(b)(3).

8.	Accordingly, Plaintiff seeks entry of judgment against Defendant in the amount of $10,000.00, which represents $500 in statutory damages for each violating phone call. *Id.*

**WHEREFORE**, Plaintiff Joshua McCarthy prays for an entry of judgment against Defendant Strategic Student Solutions, LLC in the amount of $10,000.00.

Dated: October 26, 2016

Respectfully Submitted,

/s/ Omar T. Sulaiman
Omar T. Sulaiman
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone: (630)575-8181
Fax: (630)575-8188
osulaiman@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 26, 2016, I caused a copy of Plaintiff's **Motion for Entry of Default Judgment** to be filed pursuant to the Federal Rules of Civil Procedure and Local Rules with the Clerk of the United States District Court, Northern District of Illinois, using the CM/ECF system. Copy of the aforementioned motion will be served by United States Certified Mail, by depositing a copy of the same, at 900 Jorie Blvd., Oak Brook, Illinois 60523, with proper postage pre-paid, upon the following:

STRATEGIC STUDENT SOLUTIONS, LLC.
c/o Registered Agent
14789 Palmetto Park Rd., Suite 350
Boca Raton, FL 33486.

/s/ Omar T. Sulaiman
Omar T. Sulaiman, Esq.