# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Joshua McCarthy

                              Plaintiff,

v.                                                 Case No.: 1:16–cv–07543
                                                       Honorable Sara L. Ellis

Strategic Student Solutions, LLC.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 16, 2016:

      MINUTE entry before the Honorable Sara L. Ellis: Motion hearing held on 11/15/2016. Plaintiff confirms that Defendant's registered agent received service of the complaint in Boca Raton on 8/22/2016. Motion for default judgment [11] is granted. Judgment is entered in favor of Plaintiff and against Defendant in the amount of $10,000. Mail ILND 450. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.